UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GETACHEW YOHANNES,

    Petitioner,

v.                               CASE NO.  11-14977
                                HON. GEORGE CARAM STEEH

ERIC HOLDER, et al.,

    Respondent.
_____/

**ORDER TRANSFERRING CASE TO THE WESTERN DISTRICT OF MICHIGAN**

    This is a § 2241 habeas corpus proceeding in which petitioner challenges his post-removal-period detention. Under 28 U.S.C. § 2241, the writ may be granted by "the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). "The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004).

    Petitioner is incarcerated at the Chippewa County Jail, Sault Ste. Marie, Michigan. Thus, jurisdiction and venue are both proper in the Western District of Michigan. See 28 U.S.C. § 102(b)(2). The Clerk of Court is ORDERED to transfer this case to the Western District of Michigan pursuant to 28 U.S.C. §§ 1406(a) and 2241(d).

Dated:  November 21, 2011

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 21, 2011, by electronic and/or ordinary mail and also to Getachew Yohannes at Chippewa County Jail, 325 Court Street, Sault Ste Marie, MI 49783.

S/Josephine Chaffee
Deputy Clerk